UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14 CR 311 CEJ |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID C. TOLLE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW TRAVEL REQUEST**

COMES NOW Defendant herein, and respectfully withdraws his previous Motion To Travel in this matter.

Respectfully submitted,

_____/S/_____
Lenny Kagan, #52284MO
7911 Forsyth Blvd., #300
Clayton, Missouri 63105
(314) 913-9990
(314) 863-5335 FAX

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was filed this 28th day of April, 2018, with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all interested parties.

_____/S/_____
Lenny Kagan, #52284MO